## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**CARL WAGNER,**

      Plaintiff,

                 **Case No. 04-C-1034**

  **-vs-**

**WASHINGTON COUNTY**
**SHERIFF'S DEPARTMENT,**
**COUNTY MUTUAL INSURANCE**
**AEGIS CORPORATION,**
**DEPUTY CHRISTOPHER S. KILLEY,**
**DEPUTY BRIAN A. HERBST, and**
**JEFFREY R. and PATRICIA A. METZGER,**

      Defendant.

## JUDGMENT

    Based upon the Motion for Judgment filed by the defendants, Jeffrey R. Metzger and Patricia a. Metzger on May 1, 2008, this Court hereby enters judgment in favor of Jeffrey R. Metzger and Patricia A. Metzger against Carl Wagner for their awarded attorney's fees and costs in the amount of $11,627.67

    Dated at Milwaukee, Wisconsin, this 8th day of May, 2008.

                 **SO ORDERED,**

                 s/ Rudolph T. Randa
                 **HON. RUDOLPH T. RANDA**
                 **Chief Judge**

Judgement entered this 8th day
of May, 2008.

JON W. SANFILIPPO
Clerk of Court

By: s/ Linda M. Zik
   Deputy Clerk